UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,

          CASE NO. 1:02-CR-34

v.

          HON. ROBERT HOLMES BELL

JOSE SOTO,

       Defendant.
                           /

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #147). The Probation Department's Report of Eligibility (docket #149) indicates that although the calculations regarding the drug amounts are changed by the retroactive amendment, a lower offense level does not result.

Since Amendment 750 does not result in a lower guideline range, defendant is not eligible for a sentence reduction under 18 U.S.C. §3582(c)(2) and USSG §1B1.10.

ACCORDINGLY, defendant's motion is **DENIED**.


Date: March 28, 2013          /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       UNITED STATES DISTRICT JUDGE